# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EVERETT STROTHER, | NO. CV 07-6736 ABC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 16, 2009

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE